```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELLE RODRIGUEZ
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
                IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                       EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,      )
                                   )   CR. NO. S-11-317-MCE
11              Plaintiff,         )
          v.                       )
12  ROBERT TODD BRUCE,             )
                                   )
13              Defendant.         )
    _____)
14
    UNITED STATES OF AMERICA,      )
15                                 )   CR. NO. S-11-439-JAM
                Plaintiff,         )
16        v.                       )
    ROBERT TODD BRUCE,             )   MOTION AND STIPULATION
17                                 )   TO RELATE CASES AND
                Defendant.         )   ORDER
18  _____)
```

19     Under Local Rule 83-123(3) & (4), the United States hereby
20  notifies the Court of the filing of a related case and further
21  moves that the case be related.
22     On July 25, 2011, an Indictment was filed initiating case
23  number CR. S-11-317-MCE against defendant Bruce.  This matter was
24  assigned to the Hon. Morrison C. England.  The initial Information
25  charges Bruce with 2 counts of EDCA unarmed bank robbery (18 U.S.C.
26  2113(a)). On October 6, 2011, another Information was filed, case
27  no. CR. S-11-439-JAM against Bruce.
28  ///

Motion to Relate                                                    1

This Information charges Bruce with 3 additional counts of bank robbery (in the Northern District of California). The investigation in the two cases (11-317-MCE and 11-439-JAM) reveals that Bruce's criminal activity is linked as similar conduct on different occasions/sprees.

The United States submits that Cr. 11-439-JAM should be related before Judge England with the EARLIER charged case against Bruce, Cr. 11-317-MCE. In each case, there are related evidence issues, sentencing issues, and similar witness concerns. Bruce's defense counsel, Assistant Federal Defender Matthew Bockmon, stipulates that the matters are properly related. In addition, relating Cr. 11-439-JAM with the EARLIER case (Cr. 11-317-MCE) would be efficient for the U.S. Probation Office.

Dated: 10/07/2011

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Michelle Rodriguez
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

Motion to Relate 2

**RELATED CASE ORDER**

Examination of the above-captioned matter, CR. NO. S-11-439-JAM, and the EARLIER criminal action in CR. NO. S-11-317-MCE reveals that the actions are related within the meaning of Eastern District Local Rule 123. The actions involve the same defendant, similar crimes, including victims and witnesses, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be more convenient for the parties.

The parties should be aware that relating the cases under Eastern District Local Rule 123 merely has the result that the actions are assigned to the same judge. No consolidation of the actions is effected.

IT IS THEREFORE ORDERED that the action denominated 2:11-cr-00439, United States of America v. Robert T. Bruce is reassigned to Judge Morrison C. England, Jr. for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:11-cr-00439-MCE.

///
///
///
///
///
///

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

Dated: October 13, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE